October 6, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

ERIC RAYE RIEGER, Appellant

NO. 14-15-00948-CV                             V.

ASHLEY NICOLE RAMSEY, Appellee

_____

Today the Court heard the appellant's unopposed motion to dismiss the appeal and vacate the judgments signed by the court below on June 12, 2015, and July 1, 2015, without regard to the merits. Having considered the motion and found it meritorious, we order the judgments **VACATED AND REMAND** the cause to the trial court for proceedings in accordance with this Court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.